UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FOX NEWS NETWORK, L.L.C.,

                Plaintiff,

   -against-

ECHOSTAR SATELLITE CORP.,

               Defendant.

-----------------------------------------------------------------x

07 CV 11314

RULE 7.1 DISCLOSURE STATEMENT

*JUDGE HOLWELL*

*DEC 17 2007 — U.S.D.C. S.D.N.Y. CASHIERS*

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Fox News Network, L.L.C. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

                News Corp.

Dated: December 17, 2007

                                          Respectfully submitted,

                                          Clifford Thau (CT 8708)
                                          Michael S. Davi (MD 3774)
                                          VINSON & ELKINS L.L.P.
                                          666 Fifth Avenue, 26th Floor
                                          New York, NY 10103-0040
                                          Telephone: (212) 237-0000
                                          Facsimile: (212) 237-0100

                                          *Attorneys for Plaintiff*
                                          *Fox News Network, L.L.C.*