

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
FOX NEWS NETWORK, L.L.C.,

          Plaintiff,

                                                    AFFIDAVIT OF SERVICE
   -against-                                        07 CV 11314

ECHOSTAR SATELLITE L.L.C.,

          Defendant.
-------------------------------------------------X
STATE OF NEW YORK   )
          S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 18TH day of December, 2007, at approximately the time of 12:45P.M., deponent served a copy of the SUMMONS AND COMPLAINT upon ECHCOSTAR SATELLITE L.L.C., c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with NIKKI CHAPPLE who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that department and is authorized by appointment to receive service at that address. A witness fee in the amount of fifteen dollars was given at time of service.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with black hair and wears glasses.

*/s/ Deborah LaPointe*
DEBORAH LaPOINTE
Sworn to before me this
18TH day of December, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 721156
Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com