USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

JAN - 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
FOX NEWS NETWORK, L.L.C.,           :   No. 07 Civ. 11314 (RJH) (FM)
                                    :
                    Plaintiff,      :
                                    :   STIPULATION AND
        -against-                   :   PROPOSED ORDER FOR
                                    :   EXTENSION OF TIME TO
ECHOSTAR SATELLITE L.L.C.,          :   RESPOND TO COMPLAINT
                                    :
                    Defendant.      :
                                    :
-----------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant EchoStar Satellite L.L.C. to answer, move or otherwise respond to the Complaint, filed December 17, 2007, is extended from January 7, 2008, to and including January 28, 2008. This is defendant's first request for such an extension.

Dated: January 9, 2008

VINSON & ELKINS L.L.P.

By: _____
Clifford Thau
Michael S. Davi
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
(212) 237-0000
cthau@velaw.com

*Attorneys for Plaintiff*
*Fox News Network, L.L.C.*

MORRISON & FOERSTER LLP

By: _____
Charles L. Kerr
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-000
ckerr@mofo.com

*Attorneys for Defendant*
*EchoStar Satellite L.L.C.*

1/14/08

SO ORDERED:

_____
Loretta A. Preska
U.S.D.J.

ny-793916