

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

FOX NEWS NETWORK, L.L.C.,

                Plaintiff,

    -against-

ECHOSTAR SATELLITE L.L.C.,

                Defendant.

----------------------------------------------------------x

No. 07 Civ. 11314 (RJH) (FM)

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant EchoStar Satellite L.L.C. to answer, move or otherwise respond to the Complaint, filed December 17, 2007, is extended from January 28, 2008, to and including February 11, 2008. This is defendant's second request for such an extension.

Dated: January 22, 2008

VINSON & ELKINS L.L.P.

By: _____
Clifford Thau
Michael S. Davi
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
(212) 237-0000
cthau@velaw.com

*Attorneys for Plaintiff*
*Fox News Network, L.L.C.*

MORRISON & FOERSTER LLP

By: _____
Charles L. Kerr
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-000
ckerr@mofo.com

*Attorneys for Defendant*
*EchoStar Satellite L.L.C.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

ny-796461

Dated: 1-25-08

SO ORDERED:

_____
Hon. Richard J. Holwell
United States District Judge