UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
FOX NEWS NETWORK, L.L.C., :
:
                Plaintiff, : No. 07 Civ. 11314 (RJH) (FM)
:
    -against- :
: **NOTICE OF APPEARANCE**
ECHOSTAR SATELLITE LLC, :
:
                Defendant. :
:
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that Charles L. Kerr of the firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant EchoStar Satellite LLC in this action.

Dated:  January 30, 2008                Respectfully submitted,

                                                  MORRISON & FOERSTER LLP

                                                  By:   s/Charles L. Kerr
                                                        Charles L. Kerr
                                                        1290 Avenue of the Americas
                                                        New York, NY  10104-0050
                                                        Tel.: 212.468.8000
                                                        Fax: 212.468.7900
                                                        ckerr@mofo.com

                                                        *Attorneys for Defendant*
                                                        *EchoStar Satellite LLC*

ny-797493