UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
FOX NEWS NETWORK, L.L.C.,
:
: No. 07 Civ. 11314 (RJH) (FM)
           Plaintiff,
:
-against-
:
: **RULE 7.1 DISCLOSURE STATEMENT**
ECHOSTAR SATELLITE LLC,
:
           Defendant.
:
---------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant EchoStar Satellite LLC ("EchoStar") certifies that its parent corporation is EchoStar DBS Corporation and that it is indirectly 100% owned by EchoStar Communications Corp., a publicly traded company.

Dated: January 30, 2008                Respectfully submitted,

                                        MORRISON & FOERSTER LLP

                                        By:    s/Charles L. Kerr
                                                  Charles L. Kerr
                                                  1290 Avenue of the Americas
                                                  New York, NY 10104-0050
                                                  Tel.: 212.468.8000
                                                  Fax: 212.468.7900
                                                  ckerr@mofo.com

                                                  *Attorneys for Defendant*
                                                  *EchoStar Satellite LLC*