UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
FOX NEWS NETWORK, L.L.C.,

                 Plaintiff,

    -against-

ECHOSTAR SATELLITE LLC,

                 Defendant.
------------------------------------------------------------------ x

No. 07 Civ. 11314 (RJH) (FM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Leah A. Ramos of the firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant EchoStar Satellite LLC in this action.

Dated: January 30, 2008

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   <u>s/Leah A. Ramos</u>
      Leah A. Ramos
      1290 Avenue of the Americas
      New York, NY 10104-0050
      Tel.: 212.468.8000
      Fax: 212.468.7900
      lramos@mofo.com

*Attorneys for Defendant*
*EchoStar Satellite LLC*

ny-797509