UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
FOX NEWS NETWORK, L.L.C., :
: 
               Plaintiff, :   No. 07 Civ. 11314 (RJH) (FM)
:
   -against- :
:   **JURY DEMAND**
ECHOSTAR SATELLITE LLC, :
:
               Defendant. :
:
------------------------------------------------------------------ x

     PLEASE TAKE NOTICE that Defendant EchoStar Satellite LLC demands a trial by jury in the above-captioned action.

Dated: March 5, 2008                        Respectfully submitted,

                                               MORRISON & FOERSTER LLP


                                               By:   s/Charles L. Kerr
                                                     Charles L. Kerr
                                                     Leah A. Ramos
                                     1290 Avenue of the Americas
                                   New York, NY 10104-0050
                                   Tel.: 212.468.8000
                                   Fax: 212.468.7900
                                   ckerr@mofo.com

                                   *Attorneys for Defendant*
                                   *EchoStar Satellite LLC*

ny-803640