UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
FOX NEWS NETWORK, L.L.C., :
:
                    Plaintiff, :    No. 07 Civ. 11314 (RJH) (FM)
:
    -against- :
:    **AMENDED RULE 7.1**
ECHOSTAR SATELLITE LLC, :    **DISCLOSURE STATEMENT**
:
                    Defendant. :
:
------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Dish Network LLC (formerly known as EchoStar Satellite LLC) certifies that its parent corporation is EchoStar DBS Corporation and that it is indirectly 100% owned by Dish Network Corporation (formerly known as EchoStar Communications Corp.), a publicly traded company.

Dated: March 18, 2008                            Respectfully submitted,

                                                 MORRISON & FOERSTER LLP

                                                 By:    s/Charles L. Kerr
                                                        Charles L. Kerr
                                                        Leah A. Ramos
                                                        1290 Avenue of the Americas
                                                        New York, NY 10104-0050
                                                        Tel.: 212.468.8000
                                                        Fax: 212.468.7900
                                                        ckerr@mofo.com
                                                        lramos@mofo.com

                                                        *Attorneys for Defendant*
                                                        *EchoStar Satellite LLC*

ny-805845