UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FOX NETWORKS,

               Plaintiff,

       -against-

ECHOSTAR SATELITE,

               Defendant.

------------------------------------------------------------x

07 Civ. 11314 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

An pretrial conference shall be held on April 18, 2008, at 11:00 a.m.,

in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street,

New York, New York 10007.

Dated: New York, New York
March 31, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge