UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
FOX NEWS NETWORK, L.L.C., :
: 
              Plaintiff, :    No. 07 Civ. 11314 (RJH) (FM)
: 
    -against- :
:     **NOTICE OF APPEARANCE**
ECHOSTAR SATELLITE LLC, :
: 
             Defendant. :
: 
------------------------------------------------------------- x

       PLEASE TAKE NOTICE that Reema S. Abdelhamid of the firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant EchoStar Satellite LLC in this action.

Dated: May 27, 2008                       Respectfully submitted,

                                       MORRISON & FOERSTER LLP

                                       By:   s/Reema S. Abdelhamid
                                              Reema S. Abdelhamid
                                              1290 Avenue of the Americas
                                              New York, NY  10104-0050
                                              Tel.: 212.468.8000
                                              Fax: 212.468.7900
                                              rabdelhamid@mofo.com

                                              *Attorneys for Defendant*
                                              *EchoStar Satellite LLC*

ny-816484