# Vinson&Elkins

Clifford Thau  cthau@velaw.com
Tel 212.237.0012  Fax 917.849.5321

August 12, 2008

**By Facsimile**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08



RECEIVED
AUG 1 2 2008
CHAMBERS OF
RICHARD J. HOLWELL

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: *Fox News Network, L.L.C. v. EchoStar Satellite L.L.C.*, No. 07-CV-11314 (RJH) (FM)

Dear Judge Holwell:

We write on behalf of both our client Plaintiff Fox News Network, L.L.C. ("Fox News"), and Defendant EchoStar Satellite LLC ("EchoStar"), now known as Dish Network LLC, to request a brief stay of the referenced action.

On Friday, August 8, 2008, the parties participated in Court-ordered mediation. Through this mediation, the parties began to discuss a potential settlement of this action, which discussion the parties intend to continue over the next few weeks. At the suggestion of the mediator, the parties yesterday agreed to seek a stay of this action, subject to Your Honor's approval, for up to twenty-two days until no later than Tuesday, September 2, 2008, so that they can negotiate without the pressure of active litigation. If the parties succeed in negotiating a settlement on or before September 2, 2008, they will promptly notify the Court that they have reached a settlement.

On the other hand, if on or before September 2, 2008, either party believes that the settlement negotiations are at an impasse, that party will promptly notify the Court that the negotiations have failed and that the stay is no longer in effect. In the event that either party so notifies the Court, the parties request that the Court extend the dates in the April 25, 2008 So Ordered Case Management Plan (the "Case Management Plan") by the number of days that the stay was in place. For example, if either party notifies the Court on August 21, 2008, that the parties are at an impasse and that the stay is no longer in effect, then the parties' request would encompass a ten-day extension of the dates set forth in the Case Management Plan because the stay would have been in place for ten days from August 11, 2008 to August 21, 2008.

Vinson & Elkins LLP Attorneys at Law
Abu Dhabi Austin Beijing Dallas Dubai Hong Kong Houston
London Moscow New York Shanghai Tokyo Washington

666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel 212.237.0000 Fax 212.237.0100 www.velaw.com

**V&E**

The Honorable Richard J. Holwell  August 12, 2008  Page 2

Thank you for your consideration of this request. Please let us know if you have any questions regarding the parties' proposal.

Respectfully submitted,

*Clifford Thau*
Clifford Thau

cc: Charles L. Kerr, Esq.
     Leah Ramos, Esq.

SO ORDERED

*[signature]*
USDJ
8/21/08